**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **KEVIN H. MCKENNA,** | |
| Plaintiff, | |
| | Case No. 2:08-cv-253 |
| v. | |
| | JUDGE ALGENON L. MARBLEY |
| **NESTLE PURINA PETCARE CO.** | |
| | Magistrate Judge Kemp |
| Defendant. | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 24, 2009 Opinion and Order, defendant's motion to Dismiss is **GRANTED**. Defendant's Motion for Attorney Fees is **DENIED.** This case is **DISMISSED.**

Date: **March 24, 2009**     James Bonini, Clerk


    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk